UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1738
_____

CAROL VORCHHEIMER,
                                        Appellant

v.

THE PHILADELPHIAN OWNERS ASSOCIATION;
JUNE IDZAL; FRANK J. BONOM
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:16-cv-05145)
District Judge: Honorable Juan R. Sánchez
_____

ORDER AMENDING OPINION

        At the direction of the Court, it is hereby O R D E R E D that the opinion entered
September 5, 2018, is amended to add "that" between "requires" and "an accommodation"
in Heading A on page 7.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Dated: December 18, 2018